No. 83–593. ELLSWORTH FREIGHT LINES, INC., ET AL. *v.* STATE TAX COMMISSION OF MISSOURI. Appeal from Sup. Ct. Mo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 83–5830. POINTON ET AL. *v.* FIDELITY NATIONAL BANK, N. A. Appeal from C. A. 10th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–5948. VELASQUEZ *v.* COLORADO. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.

No. 81–2065. VAN DISSEL ET AL. *v.* JERSEY CENTRAL POWER & LIGHT CO. Super. Ct. N. J., App. Div. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Silkwood* v. *Kerr-McGee Corp.*, 464 U. S. 238 (1984).

No. 82–1592. WEISS, CUSTODIAN FOR WEISS *v.* TEMPORARY INVESTMENT FUND, INC., ET AL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Daily Income Fund, Inc.* v. *Fox*, 464 U. S. 523 (1984). 

No. 82–1873. COMMISSIONER OF INTERNAL REVENUE *v.* DOWELL ET UX. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded without prejudice to the respondents to raise the issue of the jurisdiction of the Court of Appeals to review the judgment of the Tax Court. JUSTICE STEVENS would deny certiorari.